UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REMOI CAMPBELL,

Petitioner,

v. Case No. 3:26-cv-1385-JEP-LLL

M. BRYSON,

Respondent.

---

**ORDER**

Petitioner Remoi Campbell, an inmate in the Florida penal system, has initiated this case by filing a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1). Upon review, the Court finds that nothing in Petitioner's submission can be construed as a valid ground for habeas relief.[1]

Since there are no claims in the Petition that warrant habeas relief, the Court will dismiss the Petition. This decision is in accordance with Rule 4 of the Rules Governing § 2254 Cases, which states, "If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition."[2]

[1] Petitioner previously filed several habeas petitions asserting only frivolous claims. *See, e.g., Campbell v. Secretary, Dep't of Corr.*, Case No. 2:26-cv-1205-KCD-KRH; *Campbell v. Fitzpatrick*, Case No. 2:25-cv-825-SPC-NPM.

[2] The Rules Governing § 2254 Cases apply to petitions filed under § 2241. *See* Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

Accordingly, it is hereby **ORDERED**:

1. Petitioner Remoi Campbell's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED**.

2. The **Clerk** shall enter judgment dismissing this case, terminate any pending motions, and close the file.

**DONE** and **ORDERED** at Jacksonville, Florida, on October 28, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

TpaP-3
C:
Remoi Campbell